# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2024

## NO. 03-23-00401-CV

**Appellants, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen// Cross-Appellants, Dana Martin and Friendship Homes & Hangars, LLC**

**v.**

**Appellees, Friendship Homes & Hangars, LLC; Windermere Oaks Water Supply Corporation; Dana Martin, William Earnest, Thomas Michael Madden, Robert Mebane, Joe Gimenez, Mike Nelson, David Bertino, and Norman Morse, in their Official Capacities as Directors; Johann Mair; and Michael Mair// Cross-Appellees, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen**

### APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on March 28, 2023. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.